**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HAZEL M. HAWKINS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:10-cv-00907-ESH** |
| | ) | |
| **SARI K. KURLAND,** | ) | |
| | ) | |
| **Defendant** | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF AND FOR ENLARGEMENT OF TIME**
**TO APPLY FOR DEFAULT AND MOVE FOR JUDGMENT**

COME NOW Christopher G. Hoge and the law firm of Crowley, Hoge & Fein, P.C., and respectfully move this Court, pursuant to U.S.D.C.D.C. LcvR. 83.6( c), for leave to withdraw as counsel for Plaintiff herein. Movants further request, pursuant to Fed. R. Civ. P. 6(b), an extension of time for Plaintiff to comply with this Court's Minute Order dated August 30, 2010. As grounds for this motion, counsel states as follows:

1. This case commenced with the filing of a Complaint for legal malpractice in the Superior Court of the District of Columbia on April 23, 2010.

2. On May 24, 2010, Defendant filed a Notice of Removal to the United States District Court for the District of Columbia.

3. On May 27, 2010, before counsel for Plaintiff was aware of the removal, his process server personally served Defendant with a summons and copy of the Complaint that had been filed in the Superior Court.

4. On August 20, 2010, counsel filed a Notice of Filing Affidavit of Service with this Court.

5. No responsive pleading has been filed by Defendant, other than the Notice of

Removal. However, counsel has been in contact with an attorney, Dennis Quinn, Esq. of Carr Maloney, who has indicated that he represents Defendant for discussions with undersigned counsel only. Mr. Quinn has not entered his appearance in this matter and states that he does not intend to do so.

6. On August 30, 2010 this Court entered a Minute Order "directing plaintiff to cause default to be entered and move for judgment thereon or show cause why a motion for entry of default has not been filed on or before September 13, 2010".

7. Certain irreconcilable differences have arisen between Plaintiff and undersigned counsel, such that counsel is no longer able to continue offering Plaintiff effective representation in this matter.

8. Pursuant to LcvR. 7, undersigned counsel has discussed this motion with Mr. Quinn, who has indicated that he has discussed this motion with Defendant and that she consents to the relief requested herein.

9. Counsel has also discussed this motion with Plaintiff, who does not specifically consent to the motion, but does not intend to oppose it.

10. Under the circumstances, if the motion to withdraw is granted, it would be appropriate to give Plaintiff a reasonable extension of time to comply with the August 30, 2010 Minute Order.

WHEREFORE, for the foregoing reasons, counsel for Plaintiff requests that this motion be granted, that he be given leave to withdraw, and that Plaintiff be granted a reasonable extension of time to comply with the August 30, 2010 Minute Order.

Respectfully submitted,

/s/ Christopher G. Hoge
Christopher G. Hoge
D.C. Bar No. 203257
Attorney for Plaintiff

CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 483-2900
chfcgh@aol.com

**NOTICE TO PLAINTIFF**

You are hereby advised that you should obtain other counsel to represent you in this matter or, if you intend to conduct the case *pro se* or to object to this Motion to Withdraw, you should so notify the Clerk of the Court in writing within seven days of service of this Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of the foregoing Motion were served by first class mail, postage prepaid, this 9th day of September, 2010, upon the Plaintiff at her last known address, as shown below, and upon Defendant *pro se* at her last known address, as shown below:

Hazel Hawkins
246 34th Street, N.E.
Washington, D.C. 20019

Sari Karson Kurland
211 Jersey Lane
Rockville, MD 20850

/s/ Christopher G. Hoge
Christopher G. Hoge

cgh/z/wpdirs/civ
hhawkinsmtw.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HAZEL M. HAWKINS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:10-cv-00907-ESH** |
| | ) | |
| **SARI K. KURLAND,** | ) | |
| | ) | |
| **Defendant** | ) | |

**ORDER**

UPON CONSIDERATION of the Motion by counsel for Plaintiff, pursuant to U.S.D.C.D.C. LcvR. 83.6( c), for leave to withdraw, and for an extension of time for Plaintiff to comply with this Court's Minute Order dated August 30, 2010, and for good cause shown, it is by the Court, this _______ day of ___________________, 2010, hereby

ORDERED, that the motion be, and it is hereby, GRANTED; and it is further

ORDERED, that Christopher G. Hoge and the law firm of Crowley, Hoge & Fein, P.C., be, and they are hereby, permitted to withdraw as counsel for Plaintiff; and it is further

ORDERED, that Plaintiff obtain other counsel to represent her in this matter or, if she intends to conduct the case *pro se*, she must so notify the Clerk of the Court in writing by ______________________, 2010; and it is further

ORDERED, that the time for Plaintiff to comply with this Court's Minute Order dated August 30, 2010, is hereby extended until ________________________________, 2010.

_____________________________________
UNITED STATES DISTRICT JUDGE

Copies:

Christopher G. Hoge
Crowley, Hoge & Fein, P.C.

1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C. 20036

Hazel Hawkins
246 34th Street, N.E.
Washington, D.C. 20019

Sari Karson Kurland
211 Jersey Lane
Rockville, MD 20850